IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 96-50932
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARMANDO VALADEZ, JR.,
also known as Armando Valdez, Jr.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-96-CR-35-1
- - - - - - - - - -
February 20, 1998

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Counsel was appointed by this court to assist Armando Valadez, Jr., in challenging the district court's determination that any appeal would be frivolous, thus denying Valadez leave to proceed on appeal in forma pauperis (IFP). Court-appointed counsel has moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967). Our independent review of counsel's briefs, Valadez's responses, and the record discloses no nonfrivolous

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issue.  Accordingly, counsel is excused from further responsibilities herein, Valadez's motion for leave to proceed IFP is DENIED, and the appeal is DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

IFP DENIED.  APPEAL DISMISSED.